THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| v. | * CIVIL NO. 10-00552-CG-B |
| | * |
| An Amount of Funds up to but not to exceed $50,000.00, etc., et al.,[1] | * |
| | * |
| | * |
| | * |
| Defendant. | * |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the separate Order entered on this date, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that $38,000.00 of the defendant $50,000.00, is forfeited to the plaintiff, the United States of America, for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. §881(a)(6), and $12,000 is to be returned to Claimant Abro Industries, Inc., through its attorney, James F. Barger, Jr., in accordance with the terms set forth in the separate Order entered this date.

**DONE** this 7th day of August, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

1   The defendant $50,000.00 was seized from National City Bank xxxxxxx3320, in the name of Abro Industries, Inc., d/b/a United Export Corporation.